UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Twin City Floor Covering Industry Pension Fund, and Twin City Floor Covering Industry Fringe Benefit Trust Fund,

Plaintiff,

vs. ORDER

Terry Scharber, d/b/a Oak Grove Carpet,

Defendant. Civ. No. 01-1199 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

To: Jacqueline M Beaulieu, McGrann Shea Franzen Carnival, Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Mpls, MN 55402-2041.

At Duluth, in the District of Minnesota, this 7th day of December, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on July 2, 2001, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served

(20)

FILED DEC 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK mb

with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiffs is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant, and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE